UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GERALD E. LA PLANT,<br><br>                    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                    Defendant. | CASE NO. C14-1143-JCC-MAT<br><br>REPORT AND RECOMMENDATION |

Plaintiff brought this action to seek judicial review of the denial of an application for disability benefits by the Commissioner of the Social Security Administration.  The parties now stipulate this case should be reversed and remanded for further proceedings.  (Dkt. 23.)

Based on the stipulation of the parties, the Court recommends this case be REVERSED and REMANDED for a *de novo* hearing and further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Administrative Law Judge (ALJ) shall:  (1) give plaintiff an opportunity for a hearing and to submit additional evidence; (2) reevaluate the medical opinions in the record, including those of examining physician Frederick T. Drake, M.D., about plaintiff's ability to lift, carry, and reach, and those of examining psychologist Victoria McDuffee, Ph.D., about plaintiff's ability to understand verbal instructions and hold

REPORT AND RECOMMENDATION
PAGE - 1

information; and (3) proceed through the sequential evaluation process and, if warranted, obtain vocational evidence.  The parties agree no aspect of the Commissioner's final decision is affirmed.  Also, upon proper presentation to this Court, the Court will consider plaintiff's entitlement to reasonable attorney fees and expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

The Court recommends that United States District Judge John C. Coughenour immediately approve this Report and Recommendation and order the case REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  A proposed order accompanies this Report and Recommendation.

DATED this 3rd day of March, 2015.

Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2